Law Library

## IN THE SUPERIOR COURT
## OF GUAM

FILED
RIOR COURT
OF GUAM

MAY -6 AM II: 23

CLERK OF COURT

PEOPLE OF GUAM,           )           Criminal Case no. CM-0029-11
                          )
                          )
        v.                )
                          )           **DECISION AND ORDER**
                          )           re: Motion to Correct Judgment
DEREK JAMES SANTOS,       )
                          )
                          )
                Defendant. )

## INTRODUCTION

This matter came before the Honorable Judge Michael J. Bordallo on November 30, 2012. The People were represented by Assistant Attorney General Richelle Yu. The Defendant was represented by Assistant Public Defender Maria G. Fitzpatrick. After considering the matter presented, the Court now issues the following decision and order granting Defendant's motion.

## BACKGROUND

On January 12, 2011, the Defendant was charges with two counts of Family Violence and two counts of Assault as a Misdemeanor. The Defendant initially entered into the diversion program with the Court. After failing to complete the program, the diversion was terminated and the matter set for trial. On June 29, 2012, at trial, the Defendant offered to enter a plea of guilty to one count of Family Violence. The Government accepted the offer, but insisted the Defendant also plead guilty to the assault charge related to the same act. The Court found the Defendant guilty of the assault charge based on his admission to the family violence charge. The Court sentenced the Defendant to concurrent time.

## DISCUSSION

The Defendant filed the motion before the Court arguing that the assault charge is a lesser included offense and thus the Defendant cannot be convicted of both charges. The Defendant asserts that 9 GCA 1.22 supports his position and the Court should correct the Judgment to reflect the non-conviction of assault. The Government failed to file an opposition and instead sent to the Public Defender a judgment which deleted the count of assault. Defense counsel correctly points out that the judgment does not reflect the judgment ordered by this Court at the June hearing. However, the Court elects to treat the proposed judgment as a non-opposition to the Defendant's Motion. The Court need not reach the question of whether Assault, as a Misdemeanor is a lesser included offense of Family Violence, as a Misdemeanor.

## CONCLUSION

Based on the foregoing, the court finds that the Government's filing of a proposed judgment that conforms to the Defendant's requested corrected judgment is a non-opposition to the motion. The Court therefor grants Defendant's Motion to Correct Judgment. However the Court need not and therefor does not decide the question of whether the charges merge for purposes of judgment and sentencing or whether assault is a lesser included offense.

SO ORDERED, this 6th day of May 2013.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam.

MAY 06 2013

Teresita S. Perez
Deputy Clerk, Superior Court of Guam